```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

DAVID MUNIZ,

        Plaintiff,

        v.                           Case No.: 3:05-cv-172-J-33-MMH

GCA SERVICES GROUP, INC.,
SUNSTATES MAINTENANCE
CORPORATION n/k/a GCA SERVICES
GROUP, INC., and RICHARD K.
FOWLER,

        Defendants.

## JOINT NOTICE OF SETTLEMENT

    Pursuant to Local Rule 3.08, the parties hereto, David Muniz, Richard K. Fowler, GCA Services Group, Inc. and Sunstates Maintenance Corporation n/k/a GCA Services Group of North Carolina, Inc. (mistakenly named herein as Sunstates Maintenance Corporation n/k/a GCA Services Group, Inc), by and through their respective undersigned counsel, hereby notify the Court that a settlement agreement has been reached by the parties and move the Court to dismiss the case subject to the provisions of Local Rule 3.08(b).

    Respectfully submitted,

| **SMITH, GAMBRELL & RUSSELL, LLP** | **UDOWYCHENKO & GARCIA, P.A.** |
|---|---|
| By: /s/ G. Todd Whitcomb<br> G. Todd Whitcomb, Esq.<br> Florida  Bar No. 0190977<br> Bank of America Tower<br> 50 N. Laura Street, Ste 2600<br> Jacksonville, FL  32202<br> Telephone:  (904) 598-6100<br> Facsimile:  (904) 598-6300<br> gtwhitcomb@sgrlaw.com<br><br> Richard A. Coughlin<br> SMITH MOORE LLP<br> 300 North Greene Street<br> Suite 1400<br> Greensboro, NC  27401<br> PO Box 21927 (27420)<br> Telephone:  (336) 378-5200<br> Facsimile:  (336) 378-5400<br> Rick.Coughlin@smithmoorelaw.com<br><br>*Attorneys for Defendants GCA Services Group, Inc., Sunstates Maintenance Corp. n/k/a GCA Services Group of North Carolina, Inc.* | By: /s/ Jose F. Garcia<br> Jose F. Garcia, Esq.<br> Florida  Bar No. 0510211<br> Michael W. Udowychenko, Esq.<br> Florida Bar No. 990795<br> Sun Trust Plaza<br> 3367 West Vine Street<br> Suite 203<br> Kissimmee, FL 34741<br> Telephone: (407) 847-7775<br> Facsimile: (407) 847-7396<br><br>*Attorneys for Plaintiff, David Muniz* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Jose F. Garcia, Udowychenko & Garcia, P.A., Sun Trust Plaza, Suite 203, 3367 West Vine St., Kissemmee, FL 34741.

                                              /s/ G. Todd Whitcomb
                                                    Attorney