UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID MUNIZ,

    Plaintiff,

vs.                                                  3:05-cv-172-J-33MMH

GCA SERVICES GROUP, INC.,
SUNSTATES MAINTENANCE
CORPORATION n/k/a
GCA SERVICES GROUP, INC.,
and RICHARD K. FOWLER,

    Defendants.
_____

**ORDER**

    This matter comes before the Court on the parties' Stipulated Voluntary Dismissal With Prejudice (Doc. #138) filed on October 25, 2006. The parties stipulate that the matter has been settled. The parties further stipulate to dismiss this action with prejudice with each party to bear its own attorneys' fees and costs.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED**: that this case is **DISMISSED** with prejudice, with each party bearing its own attorneys' fees and costs. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

    **DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>26th</u> day of October, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record